NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAULA SMALL,**

*Plaintiff-Appellee*

**v.**

**IMPLANT DIRECT MFG. LLC, DBA IMPLANT DIRECT, LLC,**

*Defendant-Appellant*

---

2015-1163

---

Appeal from the United States District Court for the Southern District of New York in No. 1:06-cv-00683-NRB, Judge Naomi Reice Buchwald.

---

**JUDGMENT**

---

GERARD HADDAD, Dickstein Shapiro LLP, New York, NY, argued for plaintiff-appellee. Also represented by JENNIFER BIANROSA.

MARVIN H. KLEINBERG, Kleinberg & Lerner, LLP, Los Angeles, CA, argued for defendant-appellant. Also represented by CHRISTOPHER JOHN DUGGER, MICHAEL HUREY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (O'MALLEY, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| July 14, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |